10876

## BROWN v. WESTERN UNION TEL. CO.

### (112 S. E. 117)

1. TELEGRAPHS—COMMERCE.—Where a message between Charleston and Aiken was transmitted by the company through Atlanta, it is an interstate message and there can be no recovery for mental anguish or punitive damages for delay in its delivery.

2. TELEGRAPHS—COMMERCE—GOVERNMENT CONTROL.—There can be no recovery against a telegraph company for delay in a message during the period of operation and control of said company by the U. S. Government.

Before WILSON, J., Aiken, November, 1919.  Reversed.

Action by Steven Brown against Western Union Telegraph Co.  Judgment for plaintiff for actual and punitive damages and defendant appeals.

*Messrs. Francis R. Stark* and *Nelson, Gettys & Mullins,* for appellant, cite: *Message was interstate transaction and liability is controlled by Federal Law*: 110 S. C. 169; 115 S. C. 520; 254 U. S. 17. *Not liable while under Government control*: 65 U. S. L. Ed. 709.

*Mr. Julian B. Salley,* for respondent.

April 18, 1922.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

Upon the authority of *Berg v. Telegraph Co.,* 110 S. C. 169, 96 S. E. 248; *Son v. Telegraph Co.,* 115 S. C. 520, 106 S. E. 507, *Telegraph Co. v. Speight,* 254 U. S. 17, 41 Sup. Ct. 11, 65 L. Ed. 104, and *Telegraph Co. v. Poston,* 256 U. S. ——, 41 Sup. Ct. 598, 65 L. Ed. 709, the judgment of the Circuit Court is reversed.